**Order entered March 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00132-CV

**BIJAL MODI, M.D., TEXAS ONCOLOGY, P.A., COSTCO WHOLESALE CORPORATION, AND D.A. VINSON, R.PH, Appellants**

**V.**

**MICHAEL L. CHAUVENET AND MARY ANN BRANHAM, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08188**

## ORDER

Before the Court is appellants' Costco Wholesale Corporation and D.A. Vinson, R.PH unopposed motion to dismiss due to settlement. We **GRANT** the motion and **ORDER** the appeal of Costco Wholesale Corporation and D.A. Vinson, R.PH dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

The appeal of Bijal Modi, M.D. and Texas Oncology, P.A. remains pending. Appellants' brief along with a motion to extend time is due by **March 16, 2019**.

                                        /s/        BILL WHITEHILL
                                                   JUSTICE